**90-361.** Ohio Office of Collective Bargaining v. Ohio Civil Serv. Emp. Assn. *Franklin County,* No. 89AP-414. On motion for leave to file *amicus* of Ohio Legal Rights Services. Motion granted.

**90-910.** State v. Jenks. *Cuyahoga County,* Nos. 56368 and 56373. On motion for leave to file *amicus* of Ohio Public Defender. Motion granted.

**90-993.** Kohmescher v. Kroger Co. *Hamilton County,* No. C-880277. On motion for leave to file *amicus* of National Employment Lawyers Association. Motion granted.

Holmes, J., dissents.

**90-1195, 90-1541.** State v. Crowder. *Franklin County,* No. 89AP-967. On motion for leave to file *amicus* of Ohio Association of Criminal Defense Lawyers. Motion granted.

Holmes, J., dissents.

**90-1522.** State, ex rel. Veterans Serv. Office, v. Pickaway Cty. Bd. of Commrs. In Mandamus. On motions for leave to file *amicus* of Cuyahoga County Board of Commissioners and County Commissioners Association of Ohio, and on motion to strike *amicus* briefs.

Motions for leave granted. Motion to strike denied.

**90-1575.** Columbus v. Pub. Util. Comm. Public Utilities Commission, No. 89-943-GA-CMR. On motion for leave to intervene of Toledo. Motion granted.

**90-1829.** State v. Varney. *Miami County,* Nos. 89-CA-31, 89-CA-33 and 89-CA-36. On motion to dismiss. Motion to dismiss overruled.

Resnick, J., dissents.

**90-2103.** Tadiran Electronic Industries, Inc. v. Radiant Sys. Enterprises, Inc. *Franklin County,* No. 89AP-1512. On motion for leave to amend notice of cross-appeal. Motion granted.

Moyer, C.J., Holmes and Resnick, JJ., dissent.

**90-2144.** Bryant v. Richfield Properties.

*Summit County,* No. 14533. On motion to reconsider denial of request for extension of time or, alternately, on motion for leave to file memorandum in support instanter, and on motion to dismiss. Motion to reconsider granted, motion for leave to file instanter granted, and motion to dismiss overruled.

Resnick, J., dissents.

**90-2162.** Wells v. Cornelius. *Butler County,* No. CA89-12-169. On motion for leave to file memorandum in support instanter. Motion granted.

Wright, J., dissents.

**90-2165.** State v. Reece. *Hamilton County,* No. C-890488. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., and Wright, J., dissent.

**90-2170.** State v. Rouse. *Cuyahoga County,* No. 57222. On motion for leave to file delayed appeal and motion to produce/transmit record. Motions denied.

H. Brown, J., dissents.

**90-2209.** Bethke v. Baker Motors. *Cuyahoga County,* No. 58258. On motion for leave to exceed page limitation. Motion denied.

Sweeney, Douglas and H. Brown, JJ., dissent.

**90-2218.** DeVito v. DeVito. *Licking County,* No. CA-3510. On motion for leave to exceed page limitation. Motion granted.

Moyer, C.J., Holmes and Resnick, JJ., dissent.